*In re* HÉCTOR GONZÁLEZ LÓPEZ.

*Número:* TS-4111          *Resuelto:* 25 de junio de 1999

*Mady Pacheco García de la Noceda,* Directora Ejecutiva del Colegio de Abogados de Puerto Rico; *Héctor González López, pro se.*

## RESOLUCIÓN

Vista la solicitud de reinstalación del señor Héctor González López y la comparecencia del Colegio de Abogados de Puerto Rico, en la cual se expone que el licenciado González López satisfizo la cuota anual (razón para su suspensión el pasado 12 de marzo), *se le reinstala al ejercicio de la abogacía efectivo hoy.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Fuster Berlingeri no intervino.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*